UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SMACK APPAREL COMPANY,

        Plaintiff,

v.

SEATTLE HOCKEY PARTNERS, LLC; NHL ENTERPRISES, LP; and NATIONAL HOCKEY LEAGUE,

        Defendant.

C22-0044 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court, having reviewed Defendants' unopposed motion, docket no. 40, to extend the case schedule, finds that good cause to grant the motion. The Court hereby ORDERS that the scheduling order deadlines, docket no. 21, are extended as follows:

- Expert Witness Disclosure/Reports: 6/2/23
- Rebuttal Expert Disclosure/Reports: 7/3/23
- Close of Discovery: 7/29/23
- Dispositive Motions: 8/28/23
- Motions Related to Expert Witnesses: 9/4/23
- Motions In Limine: 10/16/23

MINUTE ORDER - 1

- Pretrial Order, Trial Briefs, Proposed Voir Dire/Jury Instructions: 10/31/23
- Pretrial Conference: 11/3/23 at 10:00am, Courtroom 15206
- Trial: 11/13/23 at 9:00am, Courtroom 15206

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of March, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2