UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMACK APPAREL COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>SEATTLE HOCKEY PARTNERS, LLC; NHL ENTERPRISES, LP; and NATIONAL HOCKEY LEAGUE,<br><br>        Defendant. | C22-0044 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to extend case schedule, docket no. 42, is GRANTED as set forth herein.

| | |
|---|---|
| **JURY TRIAL DATE** | **February 26, 2024** |
| Length of Trial | 5 days |
| Discovery completion deadline | September 29, 2023 |
| Dispositive motions filing deadline | October 26, 2023 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | November 9, 2023 |

MINUTE ORDER - 1

| Motions in limine filing deadline | January 25, 2024 |
|---|---|
| Agreed pretrial order due | February 9, 2024 |
| Trial briefs, proposed voir dire questions, and jury instructions due | February 9, 2024 |
| Pretrial conference | February 16, 2024 at 10:00 a.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 21, and subsequent scheduling orders, docket nos. 39 and 41, including the deadlines for joining additional parties, amending pleadings, disclosure of expert testimony, and discovery motions filing, shall remain in full force and effect.

The provisions of the Minute Order Setting Trial and Related Dates, docket no. 21, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of July, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2