UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SMACK APPAREL COMPANY,

Plaintiff,

v.

SEATTLE HOCKEY PARTNERS, LLC; NHL ENTERPRISES, LP; and NATIONAL HOCKEY LEAGUE,

Defendants.

C22-0044 TSZ

ORDER

The parties having stipulated, docket no. 44, to the dismissal of plaintiff's claims against defendant Smack Apparel Company, and defendant's counterclaims against plaintiff, the Clerk is DIRECTED to update the docket accordingly. See Fed. R. Civ. P. 41(a)(1)(A)(ii); *Van Leeuwen v. Bank of America, N.A.*, 304 F.R.D. 691 (D. Utah 2015); *General Foods Corp. v. Jay V. Zimmerman Co.*, No. 86 CIV. 2697, 1990 WL 115714 (S.D.N.Y. Aug. 7, 1990).

Dated this 11th day of October, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 1